**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(HONORABLE KIMBERLY J. MUELLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 18CR0217-KJM |
| ) Plaintiff, ) | |
| v. ) ) | **PROPOSED ORDER FOR CORRECTION OF RESTITUTION AMOUNT AND NAME OF VICTIM** |
| STEVEN BRIAN HOMAN, ) ) | |
| Defendant. ) ) | |

WITH GOOD CAUSE APPEARING, Defendant's Motion to Correct Restitution Amount to reflect payment of thirty-six thousand thirteen dollars and eighty-one cents ($36,013.81) made to Bankruptcy Trustee, Michael Hopper has been paid in full and this satisfies the restitution with the court is Granted.

**IT IS SO ORDERED**

DATED: August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

1