UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 18CR0217-KJM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| STEVEN HOMAN, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that supervised release be terminated in the above referenced case.

This order resolved ECF No. 26.

DATED: March 9, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE